**SECOND DIVISION**
**MILLER and RAY, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**October 25, 2013**

# In the Court of Appeals of Georgia

A13A1189. PRDP, LLC et al. v. COMMERCIAL BANK

MILLER, Judge.

In this case, the following circumstances exist and are dispositive of the appeal:

(1) The evidence supports the judgment; and

(2) No reversible error of law appears and an opinion would have no precedential value.

The judgment of the court below therefore is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Barnes, P. J., and Ray, J., concur.*